**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Akpe, Michael & Nse Nancy

**PreConfirmation Modified**
**Chapter 13 Plan**
**Dated  12/01/10**

**DEBTOR(S)**
In a joint case, debtor
means debtors in this plan

Case No. 10-36833

1. **DEBTOR'S PAYMENTS TO TRUSTEE-**
   a. As of the date of the plan, the debtor has paid the Trustee $_____.
   b. After the date of this plan, the debtor will pay the trustee $ 500/600 per month for  2/58 months, beginning within 30 days after the order for relief for a total of $  35800.
      Minimum plan length is 60  months from the date of the initial plan payment unless all allowed claims are paid in less time.
   c. The debtor will also pay the trustee_____.
   d. The debtor will pay the trustee a total of $  35800.

2. **PAYMENTS BY TRUSTEE** - The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ 3580.00.

3. **ADEQUATE PROTECTION PAYMENTS** - The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property according to the following schedule, beginning in month one (1).

| Creditor | Monthly payment | Number of months | Total Payments |
|---|---|---|---|
| a. | 0.00 | 0 | 0.00 |
| b. | 0.00 | 0 | 0.00 |
|  |  | TOTAL | $ |

4. **EXECUTORY CONRACTS & UNEXPIRED LEASES [§365]**-The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| Creditor | Description of Claim |
|---|---|
| a. | |
| b. | |

5. **CLAIMS NOT IN DEFAULT** - Payments on the following claims are current, & the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor | Description of Claim |
|---|---|
| a. Western Bank | 2nd Mortgage |
| b. JSP Properties | Association |
| c. | |
| d. | |

6. **HOME MORTGAGES IN DEFAULT [§1322(b)(5) & §1322(e)]** - The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain their liens.
   *All following entries are estimates.*    The trustee will pay the actual amounts of default.

| CREDITOR | AMOUNT OF DEFAULT | MONTHLY PAYMENT | BEGINNING IN MONTH # | NUMBER OF PAYMENTS | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Chase Home Finance | $ 27348.00 | $ 340/540 | 3/13 | 55 | $ 27348.00 |
| b. | $ | $ | | | $ |
| c. | $ | $ | | | $ |
| TOTAL | | | | | $ 27348.00 |

7. **CLAIMS IN DEFAULT [§1322(B)(3) & 5 & §1322(E)]** - The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.    *All following entries are estimates except for interest rate.*

| Creditor | Amount of Default | Int Rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | Total Payments |
|---|---|---|---|---|---|---|
| a. | $ | $ | | | | $ |
| b. | $ | $ | | | | $ |
| c. | $ | $ | | | | $ |
| TOTAL | | | | | | $ |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [s. 1325(a)(5)]**. The trustee will pay the following allowed secured claims the amount set forth in the "Total Payments" column below. Creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. S. 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | % Int Rate | Begin Month # | (Monthly Payment) X (No. pmts) = | Payments on account of claim | + (Adequate protection from P. 3) | TOTAL |
|---|---|---|---|---|---|---|---|---|
| a. | | | | | | | | |
| b. | | | | | | | | |
| c. | | | | | | | | |
| d. | | | | | | | | |
| e. | | | | | | | | |
| f. | | | | | | | | |
| g. TOTAL | | | | | | | | |

9. **PRIORITY CLAIMS** - The trustee shall pay in full all claims entitled to priority under sec. 507, including the following. The amounts listed are estimates only. The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Attorney Fees | $ 2750.00 | $ 450/200 | 1/3 | 12 | $ 2750.00 |
| b. Domestic Support | $ | $ | | | $ |
| b. Internal Revenue Service | $ 1.00 | $ pro rata | | | $ 1.00 |
| c. Minn. Dept. of Revenue | $ 1.00 | $ pro rata | | | $ 1.00 |
| e. Postpetition IRS | $ 1.00 | $ | | | $ 1.00 |
| f. TOTAL | | | | | $ 2753.00 |

10. **SEPARATE CLASS OF UNSECURED CREDITORS** - In addition to the class of unsecured creditors specified in paragraph 11, there shall be a separate class of nonpriority unsecured creditors described as follows:

The trustee will pay the allowed claims of the following creditors.  *All entries below are estimates.*

| Creditor | Claim Amount | Secured Claim | % Int Rate | Begin Month # |
|---|---|---|---|---|
| a. | | | | |
| b. | | | | |

11. **TIMELY FILED UNSECURED CREDITORS** - The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under paragraphs 2, 3, 5, 6, 7 and 8 their pro rata share of approximately    $ 2,119.00    [line1(d) minus lines 2, 3(c), 5(d) and 8(b)].
   a. The debtor estimates that the total unsecured claims held by creditors listed in paragraph 8 are
   b. The debtor estimates that the total unsecured claims (excluding those in paragraphs 8 & 10 are    $ 220,315
   c. Total estimated unsecured claims are    $ 220,315    [line 9(a) plus line 9(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** - All money paid by the debtor to the trustee under paragraph 1, but not distributed by the trustee under paragraphs 2, 3, 4, 6, 7, 8 ,9, 10, or 11 shall be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS** - To the extent that Child Support is an unsecured claim for AFDC reimbursement, it shall be designated a separate class and paid in full. Please note: Child Support collections is authorized to continue automatic wage withholding for ongoing, post-petition child support. Child Support Collections may obtain, modify & enforce the debtor's current ongoing child support obligation, including medical support & child care, including wage withholding. If a foreclosure occurs on debtor's real estate during the term of the Chapter 13 Plan, the debtors shall cease making mortgage payments pursuant to Paragraph 5 and/or 6 of the Plan, and any remaining deficiencies on all mortgages secured by the property foreclosed shall be treated and discharged as general unsecured claims under the plan. Claims filed as secured but for which the plan makes no express provision shall be paid as unsecured as set forth in Paragraph 11 above. Debtors shall be entitled to the first $1,200 of each tax refund and $2,000 for a couple of each years Any earned income credit shall be retained by the debtor(s). Pursuant to 11 USC § 1305(a)(1), claims for December 31, 2010 postpetition federal income taxes are to be included in the plan.

**14. SUMMARY OF PAYMENTS - ESTIMATED**

| | |
|---|---:|
| Trustee's fee [Line2] | $ 3,580.00 |
| Home Mortgage Defaults [Line 6(d)] | $ 27,348.00 |
| Claims in Default [Line 7(d)] | |
| Other Secured Claims [Line 8(g)] | |
| Priority Claims [Line 9(f)] | $ 2,753.00 |
| Separate Class [Line 10(c)] | |
| Unsecured Creditors [Line 11] | $ 2,119.00 |
| TOTAL  [Must equal Line 1(d) | $ 35,800.00 |

---

**Law Office of Curtis K. Walker**
**Curtis K. Walker, #0113906**
**Mary C. Hoben, #0335411**
**Michael J. Cerniglia, #0341757**
**4356 Nicollet Avenue South**
**Minneapolis, MN 55409**
**(612) 824-4357**

Signed  /E/_____
        **Debtor**

Signed  /E/_____
        **Joint Debtor**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Michael and Nse Nancy Akpe        Case No. 10-36833

    Debtor(s)        Chapter 13 case

NOTICE OF CONFIRMATION HEARING
AND NOTICE OF MODIFIED PLAN

To: The Chapter 13 Trustee, The U.S. Trustee, and the other entities specified in Local Rule 1007-2(a):

1. The debtor(s) have filed a modified plan and it will be considered at the Confirmation Hearing in this case set forth below.

2. The court will hold a hearing on this motion at 10:30 a.m. on December 23, 2010, in Courtroom 2A, 2nd Floor, 316 North Robert Street St Paul, Minnesota before the Honorable Gregory F. Kishel, Bankruptcy Judge.

      /e/ Curtis K. Walker
      Curtis K. Walker, #113906
      Mary C Hoben, #335411
      Attorney for Debtor(s)
      4356 Nicollet Avenue South
      Minneapolis, MN 55409
      (612) 824-4357

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

IN RE: Michael & Nse Nancy Akpe　　　　　　Case no. 10-36833

　　　　Debtor(s)　　　　　　　　　　　　　Chapter 13


UNSWORN CERTIFICATE OF SERVICE

　　　　I, Tracy Madson, declare under penalty of perjury that on December 1, 2010, I mailed copies of the foregoing Modified Plan and Notice of Confirmation Hearing and Notice of Modified Plan by first class mail postage prepaid to each entity named below at the address stated below for each entity:


All Creditors on attached list


Executed on:  December 2, 2010　　　　　　/e/ Tracy Madson

Debtor(s): Michael Akpe
Nse Nancy Michael Akpe
Case No: 10-36833
Chapter: 13
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

Case 10-36833   Doc 14   Filed 12/02/10   Entered 12/02/10 10:19:51   Desc Main
Document      Page 6 of 8

| | | |
|---|---|---|
| American Coradius International<br>2420 Sweet Home Rd Ste 150<br>Amherst NY  14228-2244 | Capital One<br>PO Box 30285<br>Salt Lake City UT  84130-0285 | Gurstel, Staloch & Chargo, PA<br>6681 Country Club Dr.<br>Golden Valley, MN 55427 |
| American Express<br>PO Box 6618<br>Omaha NE  68105-0618 | CBCS<br>6501 Arlington Expressway Ste A<br>Jacksonville FL  32211-0806 | Hilco Receivables LLC<br>5 Revere Dr Ste 510<br>Northbrook IL  60062 |
| Anastasi & Associates PA<br>14985 60th St N<br>Stillwater MN  55082 | Chase Home FInance LLC<br>3415 Vision Dr<br>Columbus, OH 43219 | Household Credit Services<br>PO Box 81622<br>Salinas CA  93912-1622 |
| Bank of America<br>PO Box 15026<br>Wilmington DE  19850-5026 | Choice Visa<br>Box 6248<br>Sioux Falls SD  57117 | HSBC Card Member Services<br>PO Box 5251<br>Carol Stream IL  60197-9642 |
| Barclays Bank Delaware<br>125 S West St<br>Wilmington DE  19801-5014 | CitiBank<br>Box 6000<br>Tha Lakes NV  89163-6000 | JSP Properties<br>1043 Grand Ave. Ste 140<br>St Paul MN  55105 |
| Beneficial Finance<br>395 North Robert Street<br>St Paul MN 55101 | CitiFinancial<br>2700 39th Ave NE<br>St Anthony MN  55421-4375 | Juniper Bank<br>PO Box 8801<br>Wilmington, DE 19899-8801 |
| Best Buy Retail Services<br>PO Box 15521<br>Wilmington DE 19850-5521 | Como Law Firm PA<br>PO Box 130668<br>St Paul MN  55113-0006 | Law Offices of Curtis K. Walker<br>4356 Nicollet Ave So<br>Minneapolis, MN 55409 |
| Bonded Collection Corporation<br>29 East Madison St Ste 1650<br>Chicago IL  60602-4427 | Creditone LLC<br>PO Box 605<br>Metairie LA  70004-0605 | LHR, Inc.<br>6341 Iducon Dr E<br>Sanborn NY  14132-9097 |
| Cach LLC<br>370 17th St Ste 5000<br>Denver CO  80202 | Cross Country Bank<br>PO Box 17125<br>Wilmington DE 19850-7125 | LVNV Funding LLC<br>PO Box 10497<br>Greenville SC  29603 |
| Capital Management Services LP<br>726 Exchange St Ste 700<br>Buffalo NY  14210 | Direct Loan Servicing Ctr<br>US Dept of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 | Messerli & Kramer<br>3033 Campus Drive Suite 250<br>Plymouth MN 55441 |

```
Nationwide Credit Inc                The Cash Store
2015 Vaughn Rd Bldg 400              2107 Coulee Rd
Kennesaw GA   30144-7802             Hudson WI   54016


Northeastern Title Loans dba Lo      Thomas Landis Esq
1409 Coulee Rd                       Four Greenwood Square
Hudson WI   54016                    3325 Street Rd Ste 220
                                     Bensalem PA   19020


Park Midway Bank                     US Department of Education Nati
2300 Como Ave                        PO Box 1027
St Paul MN   55108                   Skokie IL 60076-1027


Phillips & Cohen Associates Ltd      Veterans Administration
1002 Justison St                     Loan Guarantee Division
Wilmington DE   19801                Fort Snelling Federal Building
                                     St Paul MN 55111


Pinnacle Financial Group             Washington Mutual Card Services
7825 Washington AV S STE 410         PO Box 660487
Minneapolis, MN 55439                Dallas TX 75266


Prior Properties                     Western Bank Loan Servicing
514 Prior Ave N                      PO Box 64689
St Paul MN   55104                   St. Paul, MN. 55164-9860


Rausch, Strum, Israel & Hornik,
680 Southdale Office Centre
6600 France Ave S
Minneapolis, MN 55435


Shapiro Nordmeyer & Zielke
12550 West Frontage Road, Ste 2
Burnsville, MN   55337


Speedy Loan
121 2nd Street
Hudson, WI 54016


Stewart Zlimen & Jungers Ltd
Suite 100
2277 Highway 36 West5
Rosefille MN 55113
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

    Akpe, Michael & Nse Nancy

                Debtor(s)

**SIGNATURE DECLARATION**

Case no. BKY

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
_X_ MODIFIED CHAPTER 13 PLAN
___ OTHER (Please describe:_____)

I [WE], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

* The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

* The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

* [individual debtors only] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

* I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

* [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 12/2/2010

X _____  X _____
Signature of Debtor or Authorized Representative   Signature of Joint Debtor


_____  _____
Printed Name of Debtor or Authorized Representative   Printed Name of Joint Debtor